JESSE LOBSENZ, RESPONDENT, v. F. ROBERT YOUNG, APPELLANT.

Submitted March 24, 1924—Decided April 25, 1924.

On appeal from the Supreme Court, whose opinion is reported in 99 *N. J. L.* 28.

For the respondent, *Abraham I. Feltman.*

For the appellant, *Michael Dunn* and *Michael J. Murphy.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, JJ. 13.

*For reversal*—None.